# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUSIANA

GWENDOLYN COLLETTE,                              )
INDIVIDUALLY AND ON BEHALF OF  )   Civil Action No.: 2:19-cv-204
ALL OTHERS SIMILARLY SITUATED, )
                                                           )   Judge: Jay C. Zainey
         Plaintiffs,                                 )
                                                           )   Magistrate: Michael North
v.                                                          )
                                                           )
SYNERGY LAW, LLC,                               )
                                                           )
         Defendant.                                 )

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Gwendolyn Collette, ("Plaintiff"), through undersigned counsel, informs this Honorable Court that Plaintiff voluntarily dismisses this case, without prejudice. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) because the defendant has not filed responsive pleadings or a motion for summary judgment.

DATED:  January 8, 2020            RESPECTFULLY SUBMITTED,

                                           */s/ Samuel J. Ford*
                                           Samuel J. Ford, Esq., T.A. #36081
                                           Scott, Vicknair, Hair & Checki, LLC
                                           909 Poydras St., Ste. 1100
                                           New Orleans, LA 70112
                                           ford@svhclaw.com
                                           Phone: (504) 684-5200
                                           Fax: (504) 613-6351
                                           Attorney for Plaintiff